## GRAY v. SMALL

[331 N.C. 279 (1992)]

CARMEN P. GRAY AND HUSBAND, BILLY GRAY v. LYNDON F. SMALL AND WIFE, LYNN McQUEEN SMALL

No. 483A91

(Filed 22 April 1992)

APPEAL by plaintiffs pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 104 N.C. App. 222, 408 S.E.2d 538 (1991), affirming the judgment of *Brown (Frank R.), J.*, entered 26 September 1990 in Superior Court, DARE County. Heard in the Supreme Court 11 March 1992.

*Twiford, O'Neal and Vincent, by Russell E. Twiford and Edward A. O'Neal, for plaintiff appellants.*

*Hornthal, Riley, Ellis & Maland, by L. P. Hornthal, Jr., for defendant appellees.*

PER CURIAM.

The decision of the Court of Appeals is affirmed.

Affirmed.